# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Sarah Elizabeth Torelli,                                Civil No. 16-cv-2446 (ADM/TNL)

      Plaintiff,

v.                                                                              **ORDER**

Steven Raymond Jensen, Jr.,

      Defendant.

---

Sarah Elizabeth Torelli, Post Office Box #17370, Lot #1615, St. Paul, MN 55117 (pro se Plaintiff).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 4, 2016 (ECF No. 4), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. This action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), without prejudice to Torelli's right to pursue claims based on the allegations in the complaint in a court of proper jurisdiction.

2. Torelli's application to proceed in forma pauperis (ECF No. 2) is **DENIED.**

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  August 23, 2016                                          s/Ann D. Montgomery
                                                                   The Honorable Ann D. Montgomery
                                                                   United States District Court Judge
                                                                   for the District of Minnesota